RUSS, AUGUST & KABAT
Irene Y. Lee, State Bar No. 213625
E-mail: ilee@raklaw.com
Jean Y. Rhee, State Bar No. 234916
E-mail: jrhee@raklaw.com
Twelfth Floor
12424 Wilshire Boulevard
Los Angeles, California 90025
Telephone: 310.826.7474
Facsimile: 310.826.6991

Attorneys for Plaintiff
The Honest Company, Inc.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HONEST COMPANY, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDMON COMPANY INC. d/b/a HONEST HERBAL, a Colorado corporation,<br><br>Defendant. | CASE NO. 2:17-cv-07115-R-PLA<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST REDMON COMPANY INC. d/b/a HONEST HERBAL** |

WHEREAS, Plaintiff The Honest Company, Inc. ("The Honest Co.") is the exclusive and sole owner of the rights in various HONEST marks covering a wide range of goods and services such as face and body lotions, skin care preparations, vitamins, dietary supplements, and retail services featuring consumer products, including United States Trademark Registration Nos. 4,744,028; 4,696,715; 4,664,222; 4,739,478; 5,291,212; 4,720,844; 4,550,028; 4,739,475; 4,713,234; 4,550,022; 5,036,713; 4,696,706; 4,964,802; 4,878,813; 4,739,220; 3,817,736; 3,231,281; 4,844,206; and 4,790,677 (collectively the "HONEST Marks");

WHEREAS, Defendant Redmon Company, Inc. d/b/a Honest Herbal ("Redmon") has used names, marks, and logos containing the term, "HONEST HERBAL" (collectively, the "HONEST HERBAL Marks") in connection with marketing, offering for sale, and selling CBD Hemp lotions, creams, and supplements over the Internet through, among other means, its website www.honestherbal.com and its social media handles and business network account names containing the term "HONEST HERBAL";

WHEREAS, a dispute has arisen between The Honest Co. and Redmon in that Redmon's use of the HONEST HERBAL Marks violates The Honest Co.'s rights in the HONEST Marks and constitutes, among other things, trademark infringement, false advertising, and unfair competition;

WHEREAS, on September 26, 2017, The Honest Co. commenced the above-captioned action ("Action") against Redmon, asserting federal and California law claims for trademark infringement, false designation of origin, and unfair competition;

WHEREAS, on November 27, 2017, Redmon filed an Answer and Counterclaims denying liability;

WHEREAS, Redmon has elected to rebrand its company and its line of CBD Hemp lotions, creams, and supplements under the tradename "Windy Hill Hemp,"

and has agreed to not use the word "HONEST" in its future trademarks, service marks, slogans, identifiers, names, handles or designations of origin;

WHEREAS, the parties have mutually entered into a full and final settlement of the Action, which settlement was memorialized in a certain document dated February 22, 2018 (the "Agreement"); and

WHEREAS, the Agreement provides, in pertinent part, that Redmon consents to the entry of a permanent injunction enjoining any references and uses of the term HONEST, including, without limitation, the HONEST HERBAL Marks, in any advertisements or other commercial undertakings.

NOW, THEREFORE, it is, ORDERED, ADJUDGED, and DECREED THAT:

1. This Court has jurisdiction over the subject matter of this Action and over the parties hereto.

2. The Honest Co. is the owner of the HONEST Marks, which are valid and enforceable.

3. Redmon engaged in marketing, offering for sale, and selling products under the HONEST HERBAL Marks.

4. Redmon and its owners, officers, members and principals are hereby permanently restrained and enjoined from infringing upon The Honest Co.'s HONEST Marks, either directly or indirectly, in any manner, including:

   a. manufacturing, distributing, circulating, advertising, marketing, promoting, importing, exporting, displaying, shipping, offering for sale, or selling lotions, creams, and supplements under or bearing any mark identical and/or confusingly similar to The Honest Co.'s HONEST Marks, including the HONEST HERBAL Marks;

   b. manufacturing, distributing, circulating, advertising, marketing, promoting, importing, exporting, displaying, shipping, offering for sale, or selling

lotions, creams, and supplements under or bearing any trademark featuring the term HONEST;

   c. registering any of the HONEST HERBAL Marks or any mark including the term HONEST;

   d. committing any other acts calculated to cause purchasers to believe that the products marketed, offered for sale, or sold by Redmon are The Honest Co.'s products or associated with The Honest Co. in any way; and

   e. affirmatively, actively, or knowingly assisting, aiding or attempting to assist or aid any other person or entity in performing, directly or indirectly, any of the prohibited activities referred to in Paragraphs 4(a) to 4(d) above.

  5. Each party shall bear its own costs, expenses, and attorneys' fees associated with this Action.

  6. The execution of this Final Judgment shall serve to bind and obligate the parties hereto.

  7. The Court shall retain exclusive and continuing jurisdiction over this case for the purpose of making any further orders necessary or proper for the construction or modification of this Final Judgment, the enforcement thereof, and the punishment of any violations thereof. Except as otherwise provided herein, this Action is fully resolved with prejudice as to Redmon.

Dated: _____March 20\_\_\_, 2018  _____
                Honorable Manuel L. Real
                United States District Judge

## CONSENTS

The undersigned parties to this Action consent to entry of this Final Judgment and Permanent Injunction.

The Honest Company, Inc.

By: *[signature]*
Name: CRAIG GATARZ
Title: EVP
Date: February 27, 2018

Redmon Company, Inc. d/b/a Honest Herbal

By: *[signature]*
Name: Kristy Redmon
Title: President
Date: February 23, 2018